# Court of Appeals
# of the State of Georgia

ATLANTA,  January 14, 2015

*The Court of Appeals hereby passes the following order:*

**A15I0095. CHARLES ROBBIE GIDDEONS v. THE STATE.**

Charles Giddeons filed this application for interlocutory appeal from the trial court's November 19, 2014 order denying his motion to suppress. The trial court entered a certificate of immediate review on December 10, 2014, 21 days after entry of its order denying the motion to suppress. We lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within 10 days of entry of the order at issue that immediate review should be had. If the certificate of immediate review is not entered within that 10-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Here, the trial court did not enter its certificate of immediate review within 10 days of the order Giddeons seeks to appeal. Accordingly, we lack jurisdiction to consider this application for interlocutory appeal, which is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/14/2015
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.